UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR 2247-H |
| Plaintiff | ) | CRIMINAL NO. 08MJ1935 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Hector Galaraza | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, William McCurine Jr

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court))

Jorge Quintal-Pech

DATED: 07-08-08

William McCurine Jr.
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____     OR
            DUSM

W. SAMUEL HAMRICK, JR. Clerk

by /s/ Marie Mitchell
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082